UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEVE MEADE and SANDY MEADE, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 13-CV-2075 |
| ) | |
| SYNGENTA SEEDS, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

A Report and Recommendation (#20) was filed by Magistrate Judge David G. Bernthal in the above cause on August 16, 2013. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Defendant's Motion to Dismiss for Improper Venue Pursuant to Federal Rule 12(b)(3), Or, In the Alternative, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (#7) is GRANTED as to Defendant's Motion to Dismiss for Improper Venue Pursuant to Rule 12(b)(3).

(3) This case is dismissed without prejudice under Rule 12(b)(3).

(4) This case is terminated.

ENTERED this 4th day of September, 2013

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE